RECEIVED
OCT 31 2014

RE, CLERK
OF LOUISIANA
LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| MACK FORBES | * | CIVIL ACTION NO. 13-1578<br>Section P |
| VERSUS | * | JUDGE DONALD E. WALTER |
| JAMES LEBLANC, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, this 31 day of Oct, 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE